**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kari R. Marker                            CHAPTER 13

Debtor(s)

BKY. NO. 22-22141 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Brian C. Nicholas**
                                      Brian Nicholas
                                      04 Nov 2022, 15:30:39, EDT

                                      Brian C. Nicholas, Esq. (317240) ☑
                                      Denise Carlon, Esq. (317226) ☐
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com