**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kari R. Marker, ) | Case No. 22-22141 GLT |
|     Debtor(s) ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| Kari R. Marker, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| No Respondent(s) ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Affirm
650 California Street, Floor 12
San Francisco, CA 94108

Date: December 11, 2022                                  /s/ Kenneth Steidl
                                                                                 Kenneth Steidl, Esquire
                                                                                 Attorney for the Debtor(s)

                                                                                 STEIDL & STEINBERG
                                                                                 Suite 2830 – Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA  15219
                                                                                 (412) 391-8000
                                                                                 ken.steidl@steidl-steinberg.com
                                                                                 PA I.D. No.34965