**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kari R. Marker** | : | Case No. 22–22141–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 36 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

       **AND NOW,** this ***The 6th of July, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

       (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)  The Clerk shall give notice to all creditors of this dismissal.

                                               _____

                                       Gregory L. Taddonio, Chief Judge
                                       United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22141-GLT |
| Kari R. Marker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 06, 2023 | Form ID: 309 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kari R. Marker, 129 Bridgeport Street, Mount Pleasant, PA 15666-2033 |
| 15608177 | + | 1st Summit Bank, 125 Donald Lane, P.O. Box 5480, Johnstown, PA 15904-5480 |
| 15542280 | #+ | Value Finance Inc, Pob 248, Ebensburg, PA 15931-0248 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 07 2023 04:16:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15553682 | + | Email/Text: backoffice@affirm.com | Jul 07 2023 00:19:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15542256 | + | Email/Text: bk@avant.com | Jul 07 2023 00:19:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15542257 | + | Email/Text: bk@avant.com | Jul 07 2023 00:19:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15546640 | + | EDI: TCISOLUTIONS.COM | Jul 07 2023 04:16:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15542259 | + | EDI: WFNNB.COM | Jul 07 2023 04:16:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15542258 | + | EDI: WFNNB.COM | Jul 07 2023 04:16:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15542261 | + | EDI: WFNNB.COM | Jul 07 2023 04:16:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15542260 | + | EDI: WFNNB.COM | Jul 07 2023 04:16:00 | Comenity/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15542263 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 00:15:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15542262 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 00:15:02 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15542264 | + | EDI: AMINFOFP.COM | Jul 07 2023 04:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15542265 | + | EDI: AMINFOFP.COM | Jul 07 2023 04:16:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15559425 | | EDI: JEFFERSONCAP.COM | Jul 07 2023 04:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| |
| |

| | | | |
|---|---|---|---|
| 15542266 | Email/Text: ktramble@lendmarkfinancial.com | Jul 07 2023 00:18:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15552339 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 00:15:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15542267 | ^ MEBN | Jul 07 2023 00:13:47 | Lendmark Financial Services, Attn: Bankuptcy, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 15542269 | + Email/Text: bankruptcy@marinerfinance.com | Jul 07 2023 00:18:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15542268 | + Email/Text: bankruptcy@marinerfinance.com | Jul 07 2023 00:18:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15542270 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 00:18:00 | Mr. Cooper, 350 Highland Drive, Houston, TX 77009-6623 |
| 15542271 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 00:18:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15559662 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 00:18:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15559424 | + EDI: JEFFERSONCAP.COM | Jul 07 2023 04:16:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15558214 | EDI: Q3G.COM | Jul 07 2023 04:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15558213 | EDI: Q3G.COM | Jul 07 2023 04:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15542272 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 07 2023 00:25:17 | Regional Acceptance Corp, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15542273 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 07 2023 00:25:17 | Regional Acceptance Corp, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15546688 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 07 2023 00:25:17 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15543033 | + EDI: RMSC.COM | Jul 07 2023 04:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15542275 | + EDI: RMSC.COM | Jul 07 2023 04:16:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15542274 | + EDI: RMSC.COM | Jul 07 2023 04:16:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15542278 | + EDI: TCISOLUTIONS.COM | Jul 07 2023 04:16:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15542277 | + EDI: TCISOLUTIONS.COM | Jul 07 2023 04:16:00 | Total Visa/The Bank of Missouri, Po Box 89028, Sioux Falls, SD 57109-9028 |
| 15542276 | + EDI: TCISOLUTIONS.COM | Jul 07 2023 04:16:00 | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 15543156 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 07 2023 00:15:01 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 15560348 | EDI: AIS.COM | Jul 07 2023 04:16:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 36

District/off: 0315-2                          User: auto                                   Page 3 of 3

Date Rcvd: Jul 06, 2023                       Form ID: 309                              Total Noticed: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 15542279 | *+ | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Kari R. Marker julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Kevin J. Petak | on behalf of Creditor 1st Summit Bank kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5