**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KARI R. MARKER | Case No.:22-22141 GLT |
| Debtor(s) | |
| Ronda J. Winnecour  Movant  vs.  No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/31/2022 and confirmed on 12/14/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,881.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,876.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 700.00 | |
|    Trustee Fee | 484.16 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,184.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 4,634.56 | 0.00 | 4,634.56 |
|     Acct: 5416 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 1,942.10 | 878.45 | 0.00 | 878.45 |
|     Acct: 5416 | | | | |
|   REGIONAL ACCEPTANCE CORP | 23,270.31 | 2,380.56 | 798.27 | 3,178.83 |
|     Acct: 5170 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7555 | | | | |
| | | | | 8,691.84 |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARI R. MARKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARI R. MARKER | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 700.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-22141 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Unsecured | | | | |
|---|---:|---:|---:|---:|
| AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1083 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 316.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6238 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 346.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0811 | | | | |
| LVNV FUNDING LLC | 807.58 | 0.00 | 0.00 | 0.00 |
| Acct: 6660 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 545.95 | 0.00 | 0.00 | 0.00 |
| Acct: 1379 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 6,409.75 | 0.00 | 0.00 | 0.00 |
| Acct: 4147 | | | | |
| MARINER FINANCE LLC | 7,159.01 | 0.00 | 0.00 | 0.00 |
| Acct: 5817 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,653.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9753 | | | | |
| BANK OF MISSOURI | 454.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3008 | | | | |
| BANK OF MISSOURI | 406.52 | 0.00 | 0.00 | 0.00 |
| Acct: 3385 | | | | |
| 1ST SUMMIT BANK(*) | 638.94 | 0.00 | 0.00 | 0.00 |
| Acct: 4340 | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 207.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9753 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED WHOLESALE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 8,691.84 |
|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---:|
| SECURED | 25,212.41 |
| UNSECURED | 18.946.17 |

Date: 08/02/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com